ALBERT v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, General Term, Third Department. September 27, 1894.) Action by John Albert against the New York Central & Hudson River Railroad Company. No opinion. Motion to amend order granted. See 29 N. Y. Supp. 1126.

ALBERTYPE CO., Respondent, v. COUNDOURIS, Appellant. (City Court of New York, General Term. October 23, 1894.) Action by the Albertype Company against Nicholas J. Coundouris. Ira G. Darrin, for appellant. Herbert A. Meyer, for respondent.

NEWBURGER, J. The only question involved in this case is, "To whom was the credit given?" and as the trial justice properly submitted the question to the jury, and no errors having been committed on the trial that would warrant us in disturbing the verdict of the jury, the judgment appealed from must be affirmed, with costs.

ALLEN, Respondent, v. BUFFALO, R. & P. RY. CO., Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Lina M. Allen against the Buffalo, Rochester & Pittsburgh Railway Company. No opinion. Judgment and order appealed from affirmed.

ALLEN, Appellant, v. CROTON MAGNETIC IRON MINES, Respondent. (Supreme Court, General Term, Second Department. May Term, 1894.) Action by John Allen against the Croton Magnetic Iron Mines. No opinion. Judgment affirmed, with costs. DYKMAN, J., not sitting.

ANDREWS, Appellant, v. McNAMARA et al., Respondents. (Supreme Court of Brooklyn, General Term. November 26, 1894.) Action by John Andrews against John McNamara and the City of Brooklyn. John Andrews, for appellant. Johnson & Lamb, for respondent McNamara. Almet F. Jenks, for respondent city.

PER CURIAM. We have carefully examined the record on this appeal, and conclude that the questions involved are substantially the same as in People v. McGuire, 126 N. Y. 419, 27 N. E. 967, and that the decision of the court of appeals in that proceeding controls the result herein. Judgment affirmed, with costs.

AREND, Respondent, v. SMITH, Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by L. F. W. Arend against Christopher Smith. No opinion. Judgment and order appealed from affirmed.

In re ATTORNEY. (Supreme Court, General Term, First Department. June 15, 1894.) No opinion. This application must be made on notice to the attorney, on whom copies of the papers must be served.

ATWATER, Respondent, v. WILSON et al., Appellants. (City Court of New York, General Term. October 23, 1894.) Action by Theron S. Atwater against Edward C. Wilson and another.

PER CURIAM. The findings of the referee are fully justified and supported by the evidence submitted, and are concurred in by us. The judgment must therefore be affirmed, with costs.

BALL, Appellant, v. DUDEN, Respondent. (Supreme Court, General Term, First Department. November 16, 1894.) Action by Horace B. Ball against Herman Duden. A. H. Lorch, for appellant. J. J. Vance, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BARBER et al. v. RUTHERFORD et al. (City Court of New York, General Term. October 22, 1894.) Action by Marshall Barber and Warren C. Barber against Charles H. Rutherford and William E. Gray. Fromme Bros., for appellants. Cardoza & Nathan, for respondents.

EHRLICH, C. J. The action is upon an undertaking executed by the defendants. The answer denies all the allegations of the complaint, except that the defendants had executed a certain undertaking of the general description and character referred to in the complaint. The proceedings in the action in which the undertaking was given were all denied, so that the affirmative of the issue was upon the plaintiffs, and it was properly accorded to them. The defense relied upon a counterclaim; but it appeared by the documentary evidence offered by the plaintiffs that the same matters pleaded had been adjudicated adversely to the defendants' assignors in a litigation to which they were privies, and they were therefore precluded thereby. Under these circumstances, the trial judge properly directed a verdict in favor of the plaintiffs; and, as there are no errors requiring a new trial, the judgment must be affirmed, with costs.

BARG, Respondent, v. CHAPMAN, Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by John Barg against Eugene J. Chapman. No opinion. Judgment and order of the Monroe county court appealed from affirmed.

BELLER v. ANTISDEL. (Supreme Court, General Term, Third Department. September 27, 1894.) Action by Charles A. C. Beller against Sarah J. Antisdel. No opinion. Motion to dismiss appeal denied, without costs, with leave to appellant to serve notice of appeal upon other parties upon payment of $10 costs within 20 days after service of this order.

BLOOM et al. v. NATIONAL UNITED BENEFIT SAV. & LOAN CO. et al. (Supreme Court, General Term, Fifth Department. November 13, 1894.) Action by Hyman Bloom and others against the National United Benefit Savings & Loan Company and others. No opinion. Memorandum of decision corrected, so as to provide that the order of reference be vacated. See 30 N. Y. Supp. 700.

BRIDGEMAN v. GAIR. (Supreme Court, General Term, First Department. November 16, 1894.) Action by Edward C. Bridgeman against Robert Gair. N. G. Green, for plaintiff. B. Loewy, for defendant. No opinion. Order affirmed, with $10 costs and disbursements.

In re BROOKLYN & B. B. R. CO. (Supreme Court, General Term, Second Department. October 26, 1894.) Proceeding to change the northerly terminus of the Brooklyn & Brighton Beach Railroad Company from Atlantic avenue to Fulton street, Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements. CULLEN, J., not sitting.